# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **SHEILA CAWTHON,** | : |
| | : |
| | : **CIVIL ACTION NO.:** |
| Plaintiff, | : 1:15-cv-02633-CAB |
| v. | : |
| | : **HONORABLE** |
| | : **CHRISTOPHER A. BOYKO** |
| **MAXIM HEALTHCARE SERVICES, INC.** | : |
| | : |
| Defendant. | : |

## ORDER

After considering the Parties' Joint Motion For Approval of Settlement Agreement and Dismissal With Prejudice (ECF No. 15), as well as the settlement agreement that the Parties filed under seal pursuant to the Court's November 1, 2016 Order (ECF No. 16), this Court **GRANTS** the parties Joint Motion For Approval of Settlement Agreement. This matter is hereby dismissed with prejudice, each party to bear their own costs. The Court will retain jurisdiction over the terms of the settlement.

**IT IS SO ORDERED**.    Signed on __November 10__, 2016.


　　　　　　　　　　　　　　　　　　　　_s/ Christopher A. Boyko_
　　　　　　　　　　　　　　　　　　　　**HONORABLE CHRISTOPHER A. BOYKO**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**